JS-6

FILED
CLERK, U.S. DISTRICT COURT

4/13/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| YEONG LEE, <br><br> Plaintiff, <br><br> v. <br><br> WINEBRIGHT WARNER LLC and DOES 1–10, <br><br> Defendants. | Case No.: SACV 20-02011-CJC-(KESx) <br><br><br> JUDGMENT |

//
//
//
//
//
//

-1-

1  This matter came before the Court on Plaintiff's motion for default judgment. On
2  April 13, 2021, the Court granted Plaintiff's motion in substantial part. In accordance
3  with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of
4  Plaintiff for (1) injunctive relief requiring Defendant to provide ADA-compliant parking,
5  and (2) attorneys' fees and costs of $1,440.00.

DATED: April 13, 2021

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE